# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-940-LPS |
| ) | |
| MONSTER WORLDWIDE INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Data Carriers, LLC ("Plaintiff") and Defendant Monster Worldwide Inc. ("Defendant") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby move for an order dismissing all Plaintiff's claims in this action WITH PREJUDICE and all Defendant's' claims in this action WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated February 27, 2013, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 12, 2013

BAYARD, P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (No. 922)
Stephen B. Brauerman (No. 4952)
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Plaintiff*
*Data Carriers, LLC*

FARNAN LLP

/s/ Brian E. Farnan
Joseph J. Farnan III (No. 3945)
Brian E. Farnan (No. 4089)
919 North Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

*Attorneys for Defendant Monster Worldwide, Inc.*